# EXHIBIT B

(12) **United States Patent**
Almon

(10) Patent No.: **US 10,057,219 B2**
(45) Date of Patent: *Aug. 21, 2018

(54) **REMOTE ACCESS SYSTEM FOR USING SCIENTIFIC ALGORITHMS IN LOCAL DATA PROCESSING**

(71) Applicant: **John D. Almon**, Stafford, TX (US)

(72) Inventor: **John D. Almon**, Stafford, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/878,321**

(22) Filed: **Oct. 8, 2015**

(65) **Prior Publication Data**

US 2016/0164844 A1    Jun. 9, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 13/693,181, filed on Dec. 4, 2012, now Pat. No. 9,160,606.

(51) **Int. Cl.**
*H04L 29/06* (2006.01)
*H04L 29/08* (2006.01)
*G06Q 20/12* (2012.01)

(52) **U.S. Cl.**
CPC ..... ***H04L 63/0428*** (2013.01); ***G06Q 20/1235*** (2013.01); ***H04L 29/08072*** (2013.01); ***H04L 67/1097*** (2013.01); ***H04L 67/32*** (2013.01); ***H04L 2463/102*** (2013.01)

(58) **Field of Classification Search**
CPC ........... H04L 29/08072; H04L 67/1097; H04L 63/0428
USPC .......................................................... 709/203
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2008/0307310 | A1* | 12/2008 | Segal ..................... | G06Q 30/02 715/723 |
| 2010/0257474 | A1* | 10/2010 | Bochatay .............. | G06F 9/4443 715/769 |
| 2011/0093941 | A1* | 4/2011 | Liu ...................... | G06F 9/44505 726/7 |

* cited by examiner

*Primary Examiner* — Tu Nguyen
(74) *Attorney, Agent, or Firm* — Blank Rome LLP

(57) **ABSTRACT**

A remote access system for processing local data with a computing algorithm stores information on various computing algorithms available via the system. A remote user at a user system selects an algorithm, which is then encrypted and downloaded to the user system. The downloaded algorithm is decrypted and stored in host memory in a controlled manner. Alternatively, the selected algorithm may be offered through cloud processing, in which case the user uploads local data for cloud processing. In this case, the system manages the cloud processing at remote providers and tracks heuristic, caching, and performance. In either case, the local data is processed with input parameters from the user, and visual results are provided to the user along with a cost for storing final results of the processing. Once the user makes the required payment, the final results can be stored locally at the user system.

**27 Claims, 11 Drawing Sheets**





FIG. 1



FIG. 2A



808
PROJECT: SEISMIC MERGE
PROJECT GEOMETRY DATA HELP
MAIN SEISMIC DATABASE PROJECTS WORKFLOWS VISUALIZATION CLUSTER
SPREADSHEET DATABASE PLOT
CDP
RECEIVER
SHOT
DATABASE - CDP
X-AXIS X
Y-AXIS Y
COLOR Z
Z
X
Y
82

FIG. 2B



FIG. 2C



FIG. 2D



FIG. 2E



FIG. 2F



102
USER LOGS ON TO SYSTEM
USER OPENS PROJECT
104
USER UPLOADS DATA
106
USER SELECTS ALGORITHM
108
IS THIS A CLOUD PROCESSING ALGORITHM?
110
YES
USER PARAMETERIZES FORM AND THEN SUBMITS FOR CLOUD CALCULATIONS
112
NO
HASH SESSION AND ALGORITHM TOGETHER. ENCRYPT, MAP TO MEMORY AND THEN DOWNLOAD PARTIAL ALGORITHM.
114
RUN CLOUD ROUTINE
200
DECRYPT ALGORITHM USING PROCESSING UNIT
116
CONNECT TO CLOUD SERVER TO CONFIRM ENCRYPTION AND SESSION IS VALID
118
AFTER PAYMENT APPROVED, SAVE RESULTS
130
USER PARAMETERIZES AND RUNS ALGORITHM AND THEN VISUALIZES THE DATA PERTURBED IN MULTIPLE WAYS
120
CONNECT TO PAYMENT GATEWAY AND MAKE PAYMENT
128
ARE RESULTS ACCEPTABLE ?
122
NO
YES
CALCULATE COSTS. OK ?
124
NO
YES
SAVE RESULTS ?
126
NO
YES

FIG. 3



200
RUN CLOUD ROUTINE
202
CHECK HEURISTIC DATABASE FOR ALGORITHMS AND CLOUD HARDWARE, PROVIDE USER THE PRICE AND OPTIONS
42
ALGORITHM AND CLOUD HEURISTIC DATABASE
N
CALCULATE COST FOR EACH OPTION. OK?
204
Y
206
USER SELECTS WHICH CLOUD PROVIDER TO RUN ALGORITHM ON
208
DATA, PARAMETERS, AND ALGORITHM SYNCED TO CORRECT CLOUD AND PROCESSED
210
AGGREGATION OF DIFFERENT CLOUD PROVIDERS
212
DATA STORED ON COLOCATED SERVER CLOSE TO CLOUD PROVIDERS
214
RESULTS ARE SYNCED BACK TO SYSTEM AND HEURISTICS DATABASE IS UPDATED

FIG. 4



RUN CLOUD HEURISTICS AND UPDATE HEURISTIC DATABASE
220
ALGORITHM AND CLOUD HEURISTIC DATABASE
42
CHECK HEURISTIC DATABASE, BEGIN SYNCING PROJECT DATA AUTOMATICALLY TO OFFSITE SERVER FOR CLOUD PROCESSING
280
START CACHING DATA NEEDED FOR ALGORITHM USING CURRENT CACHE DATABASE
282
DATA STORED ON COLOCATED SERVER CLOSE TO CLOUD PROVIDERS
284
RUN HEURISTIC MECHANISM
250
LOGIN TO DIFFERENT CLOUD PROVIDERS, RUN CACHING MECHANISM TO MAP HARDWARE AND NETWORK INFRASTRUCTURE
252
CALCULATE NEW HUERISTICS USING USER BEHAVIOR HISTORY, USER DATA HISTORY, CLOUD MAP, MARKET CONDITIONS, AND KNOWLEDGE OF ALGORITHM BEHAVIOR.
254
AGGREGATION OF DIFFERENT CLOUD PROVIDERS
210
CACHING MECHANISM
260
CONNECT TO CLOUD, CONFIRM HARDWARE AND SOFTWARE PROFILE. VM OR NOT, MEMORY, PROCESSORS, THREADS, ETC.
CHECK NETWORK LATENCY, SPEED, PERFORMANCE BETWEEN ALL NODES
CHECK FOR COST AND SCALABILITY

FIG. 5



262
260
SELECT CLOUD PROVIDER
264
CONNECT TO CLOUD PROVIDER
266
CONFIRM HARDWARE AND SOFTWARE
268
OBTAIN CURRENT CLOUD COSTS AND NUMBER OF AVAILABLE NODES
270
RUN SAMPLE DATA USING ALGORITHM ON NODE
272
DETERMINE ACTUAL SPEED AND UPDATE HEURISTIC DATABASE
274
MORE PROVIDERS?
Y
N
276
CALCULATE COST STRUCTURE FOR DIFFERENT AVAILABLE CLOUD PROVIDERS
278
CALCULATE EXPECTED RUN TIMES USING HEURISTIC DATABASE AND EXPECTED PERFORMANCE OF CLOUD PROVIDERS

FIG. 6

300
302
USER CHOOSES CLOUD PROVIDER
304
CACHING MECHANISM USES HEURISTIC DATABASE TO MOVE DATA ONTO APPROPRIATE NODES
306
ANALYZE RESULTS FROM ALGORITHM, CLOUD PROVIDER, AND CACHING
308
UPDATE HEURISTIC DATABASE FOR CLOUD PROVIDER AND CACHING MECHANISM

FIG. 7

1

# REMOTE ACCESS SYSTEM FOR USING SCIENTIFIC ALGORITHMS IN LOCAL DATA PROCESSING

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. application Ser. No. 13/693,181, filed Dec. 4, 2012, which is incorporated herein by reference.

## BACKGROUND OF THE DISCLOSURE

Many industries use scientific algorithms to process data for various purposes. For example, seismic data processing services use various types of algorithms to process complex sets of data to provide seismic imaging and other services for clients. As will be appreciated, there are a host of algorithms for processing data, such as seismic data. Some algorithms require more or less resources, and some algorithms may actually be proprietary.

The computing infrastructure required to process complex sets of data with scientific algorithms is not always available to the typical user. Instead, users must use an outside data processing service to process the user's data and provide results. Although current circumstances may be acceptable in some instances, users may never be able to use (or even just try out) certain algorithms for themselves without making extensive arrangements with outside parties who provide the algorithms and computing services.

The subject matter of the present disclosure is directed to overcoming, or at least reducing the effects of, one or more of the problems set forth above.

## SUMMARY OF THE DISCLOSURE

A remote access system for processing local data with a computing algorithm stores information about various computing algorithms available via the system. A remote user at a user system can selects a computing algorithm, which is encrypted and downloaded to the user system. The downloaded computing algorithm is then decrypted and stored in host memory at the user system in a controlled manner. Alternatively, the selected computing algorithm may be offered through cloud processing, in which case the user uploads the local data to the system. In this case, the system manages the cloud processing at remote providers and tracks heuristic, caching, and performance information. In either case, the local data is processed with one or more input parameters from the remote user, and visual results are provided to the remote user along with a cost for storing final results of the processing. The visual results provided may only be partial results. Once the remote user makes a required payment, the final results from the processing can be stored locally at the user system.

The foregoing summary is not intended to summarize each potential embodiment or every aspect of the present disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic diagram of a remote access system for using scientific algorithms in local data processing.

FIGS. **2**A-**2**F show example screens of a user interface for the disclosed system.

2

FIG. **3** illustrates a process according to the present disclosure for a remote user to access the disclosed system and use scientific algorithms to process the user's local data.

FIG. **4** illustrates cloud processing details of the disclosed system.

FIG. **5** illustrates heuristics and data caching details for cloud processing with the disclosed system.

FIG. **6** illustrates additional details for obtaining heuristic data in the disclosed system.

FIG. **7** illustrates additional details for data caching in the disclosed system.

## DETAILED DESCRIPTION OF THE DISCLOSURE

In the schematic diagram of FIG. **1**, a remote access computing system **10** according to the present disclosure allows remote users to access any of a number of scientific computing algorithms and use a selected algorithm to process the user's local data. The system **10** provides scientific computing to remote client users, who can parameterize and visualize results of the scientific computing algorithm on local data before paying for the service. The client user can parameterize and perturb the variables and operation of the algorithm to see how the algorithm functions with the client's data. Ultimately, the client user needs to actually pay for the use of the processing and the algorithm before obtaining full results of the computation. Thus, the client user when satisfied with the visual results provided can then pay through the system **10** to save or apply their results.

In general, the system **10** includes one or more system servers **30** and associated computing hardware. For ease of description, the one or more system servers **30** and components are simply referred to herein as a "system server," although it will be appreciated that the system **10** can use a number of severs and components known and used in the art. The system server **30** stores information on various scientific computing algorithms **40**, heuristic and historical information in a heuristic database **42**, and caching details in a caching database **44**.

The system server **30** uses various processes or mechanisms, including an encryption mechanism **50** for encrypting the algorithms **40**, a heuristic mechanism **250** for populating the heuristic database **42**, and a caching mechanism **260** for populating the caching database **44**. Finally, the system server **30** has various interfaces **60** to provide client users with remote access to scientific computing algorithms and computing services.

A client user can access the system server **30** via one or more networks **12**, such as the Internet, using a web browser **22** or the like on the client system **20**, which can be a computer, terminal, or any other standard type of computer system for a remote user. The connection between the client system **20** and the system server **30** can operate as a web service or as a web processing service (WPS) based on an appropriate standard. For example, the connection can be a web processing service based on OpenGIS® Web Processing Service (WPS) Interface Standard, which can be used to describe a processing service (calculation). (OPENGIS is a registered trademark of Open Geospatial Consortium, Inc.) The WPS interface standard standardizes how inputs and outputs (requests and responses) are handled by a processing service (calculation) so the processing service can be executed as a web service. Although originally designed for geospatial data, the WPS interface standard can be used with various types of data, including scientific computing data as disclosed herein.

3

Also connecting to the system server **30** via the one or more networks **12** is a number of cloud computing services, which include cloud computing providers **70**, one or more remote servers **72**, one or more databases **74**, and associated computing hardware connected through a computing cloud **14**. These cloud computing services can provide any combination of computing resources, including hardware, software, storage, etc. to computing algorithms **40** for the system **10**. In fact, the providers **70** may themselves offer particular scientific computing algorithms **40** and processing of data. For ease of description, the components associated with these cloud computing services are simply referred to as "cloud computing providers," although it will be appreciated that the system uses a number of servers, components, and the like known and used in the art. Additionally, it should be noted that the system server **30** may itself provide cloud computing services and may constitute a cloud computing provider for the purposes of the present disclosure.

To initiate a web or communication session with the system **10**, the client user accesses the system server **30** via the one or more networks **12** and interacts with the system server **30** using the user's web browser **22** and various user interfaces **60** of the system server **30**. Accessing the system **10** involves any of the usual protocols, such as login, password verification, client information, etc. If necessary for the type of processing, the user can then upload the local data to the server system **30**, which stores it either locally or remotely as discussed herein.

For purposes of the present discussion, FIGS. **2A-2F** show example screens **80A-80F** of a user interface **60** for the disclosed system **10**. These screens are based on seismic processing. Other data and algorithms would have different interface screens, inputs, and the like, as will be appreciated by one skilled in the art. As an example, FIG. **2A** shows a startup screen **80A** after client data is loaded, which in this case is seismic data for a seismic project.

The user can visualize and look at the data without requiring payment to the system server **30**. As shown in FIG. **2B**, for example, a database screen **80B** shows a data base plot **82** of common depth point (CDP) values for seismic exploration data. Other types of data would have different graphical representations for the data in such a screen.

As shown in FIG. **2C**, the user can browse through a technology browser screen **80C** having various algorithms that can be used on the data. Again, the types of algorithms depicted are for seismic data, such as depth velocity calculations, Eta field velocity modeling, and velocity calculations, among other possibilities. Other data processing areas would offer different algorithms.

After reviewing details of what algorithms **40** are available via the system server **30**, the user may then wish to try a particular scientific computing algorithm to process the user's local data before actually paying for the computing services. When the user selects a technology in the browser window and then clicks on a data set, the user can view the entire data set before the algorithm is applied. For example, FIG. **2D** shows a seismic viewer screen **80D** in the present example for viewing seismic data **86**.

At this point and as discussed in more detail later, the user selects a particular algorithm **40** so the user's local data can be processed. The algorithm **40** may be stored in memory associated with the system server **30** or may be stored in a repository on a remote site (not shown). Either way, because the algorithm **40** may include proprietary software algorithms provided by the system server **30** and owned by a third party, the system server **30** does not allow naked download of the algorithm **40** on the user's device **20**. Thus,

4

the algorithm **40** will not be stored on the hard drive **26**, removable media, network accessible storage, etc. associated with the client system **20**.

Instead, in one embodiment, the system server **30** uses the encryption mechanism **50** to encrypt discrete processing components of the algorithm **40** and can use a number of security schemes to restrict access to the algorithm **40**. In particular, a pre-installed client application **24** running on the user's device **20** handles download of the encrypted algorithm **40** and uses a current web or communication session and tracking in a web-based link to the system server **30** to control access to (and use of) the downloaded algorithm **40**. The client application **24** can then decrypt the algorithm **40** at time of use in the host memory (i.e., RAM **28**) only so that the algorithm **40** is never stored on the client's hard drive **26** or other memory location. In fact, for the purposes of encryption and security, the client application **24** can map the downloaded algorithm in the host memory under the current web session between the client system **20** and the system server **30**. This mapping can keep other processes from reading from that mapped memory to access details of the algorithm **40**. As will be appreciated, these and other security measures can be used to limit local access to the encrypted algorithm **40** and the processing performed on the client system **20**.

The encryption mechanism **50** can use any one of various types of software encryption schemes known in the art to encrypt the algorithm **40**. As one example, the system **10** can use encryption based on an Advanced Encryption Standard (AES) encryption specification, which uses a symmetric-key for both encrypting and decrypting. Accordingly, the client application **24** can have a user ID and a license key for decryption that must match the user ID and the license key used by the system server **30** for encryption.

In another embodiment, the system server **30** uses cloud computing to process the algorithm **40** so that the encrypted algorithm **40** does not need to be handled by the client system **20**. In this cloud computing arrangement, the system server **30** is itself capable of scientific computing of various algorithms **40** or is associated with a number of remote servers **72** either provided by the same system server **30** or by third party cloud computing providers **70**. The system server **30** arranges and manages cloud computing sessions with these remote providers **70** to offer the scientific computing desired by the client.

Once the user has selected an algorithm for local or cloud processing, the client user can input parameters, variables, and other inputs for the algorithm **40** to process the client's data. To vary the results provided, the system **10** perturbs the input parameters. As shown in FIGS. **2E-2F**, for example, seismic viewer screens **80E-80F** show subsets of the data with different perturbations applied. Although full results can be shown, the visual results provided to the user may in general be partial results of the processing on the client's data. Moreover, the display of results to the user may be time restricted or controlled in other ways. As shown, the user can parameterizes the data using various types of inputs **90** (dropdowns, slider bars, data input, enhancements, etc.) for various parameters that depend on the type of data and processing involved. The user can also visualize what is happening to the data by viewing the perturbed results in a graphical or visual display or representation **92**. After the user reviews the results and is satisfied with them, the user can then select a confirmation button **94** (i.e., "Apply", "Calculate" or "Save" button) on the user interface screen **80E-80F** to then save the detailed results at the client system **20**.

US 10,057,219 B2

5

At this point, the payment mechanism **62** of the system **10** provides the user with a payment window (not shown) or the like to confirm the amount and payment. Once the payment is approved, the computing algorithm is applied to the entire volume of data so that full results are generated, if not already done. Further, as noted below, the full results can then be stored on the client system **20**.

With a general understanding of the system **10** of the present disclosure, discussion now turns to particulars related to remote access of the scientific computing provided.

FIG. **3** shows a first portion of a process **100** for a remote user to access the disclosed system **10** and use scientific computing algorithms to process the user's local data. To start a computing project, the client user runs the client application **24** on the client system **20**, connects to the system server **30**, and logs on to the system **10** in a session as described previously (Block **102**). The user then opens a project (Block **104**) and uploads data from an external source to the system server **30** for the project if necessary for the type of computing used (Block **106**). In general, the user provided data may be stored on the user's device **20** or may be stored elsewhere, even on memory associated with the system server **30**.

At this point, the user can then browse through the available algorithms **40** for processing the uploaded data. As noted herein, various types of computing algorithms can be provided, including algorithms for seismic data processing, for computational chemistry, finite element analysis, medical calculations, graphics processing, etc. The user may eventually pick one of the algorithms **40** to process the data (Block **108**). Once an algorithm **40** is selected, the system server **30** determine if the selected algorithm **40** is a cloud processing algorithm or not (i.e., whether it is to be processed by the system server **30**, one or more cloud processing providers **70** or is to be processed at the client system **20**) (Decision **110**). If a cloud processing algorithm is selected, then the user parameterizes a form for running the algorithm **40** and submits the parameterizations for calculation on the computing clouds **14** by the providers **70** (Block **112**). This involves a cloud routine (Block **200**) as described in further detail later.

If the algorithm **40** is not a cloud processing algorithm (no at Decision **110**), then the system server **30** hashes details of the web session and algorithm **40** together and encrypts at least a portion the algorithm **40** using the encryption mechanism **50** and an appropriate encryption scheme. At the client, the client application **24** downloads the encrypted algorithm **40** from the system server **30**. As noted above, this algorithm **40** is not stored on the client's hard drive **26** and is only stored in temporary memory, i.e., random access memory **28**. In downloading the algorithm **40**, the client application **24** maps the algorithm **40** to the memory **28** (Block **110**). The portion of the algorithm **40** downloaded may be less than the entire algorithm needed to process the data depending on the type of computing involved and the calculations performed.

The client application **24** on the client system **20** then decrypts the algorithm **40** based on the appropriate decryption scheme using the system's graphics processing unit (GPU) or central processing unit (CPU) (Block **116**). To verify proper decryption and to be able to proceed further, the client application **24** connected in the web-link to the system server **30** confirms that the encryption/decryption and session are valid (Block **118**). This initial validation (as well as subsequent validation) may be needed throughout a processing session for the user to proceed.

6

The user can now try features of the algorithm **40** locally before actually paying for its processing and usage. To do this, the user parameterizes and runs the algorithm **40** using the client application **24** and the user interfaces **60** during the session. In particular, the user inputs variables for one or more parameters. The system **10** then perturbs the parameters around a standard deviation of the parameters' values (or around some other perturbation point), performs the computations of the algorithm **40** based on the perturbed parameters, and displays the results on a screen to graphically depict the results to the client user. Ultimately, the user can visualize the data perturbed in multiple ways during the session (Block **120**). During these steps, the results of the processing are shown on the user's screen, typically in graphical form if suitable for the type of processing and data involved. However, the actual numerical results are not saved to the hard drive **26** on the client's system **20**.

The system **10** then inquires whether the results are acceptable to the user (Decision **122**). If not, then the user may be able to re-parameterize and run the algorithm **40** again to visualize results differently (Block **120**). Once the user is satisfied with the results (yes at Decision **122**), the system **10** calculates the costs for processing the data with the selected algorithm **40** under the chosen parameters to provide the desired results to the client, and the system **10** inquires whether the user wishes to proceed by paying the required costs for the processing (Decision **124**) and saving the results (Decision **126**).

When requested to save the results, the client application **24** connects to the payment mechanism **62** for the user to make payment (Block **128**). Various payment arrangements can be used. For example, the client application **24** may obtain payment information and handle payment and verification, or the system server **30** may store account information for the client and may handle payment arrangement automatically.

Once the payment is approved, the system **10** saves the results so the client user can access them (Block **130**). In this arrangement, the system server **30** or the client application **24** itself may be "unlocked" to allow saving of actual, numerical results to the hard drive **26** of the client system **20**.

As noted above, some of the available algorithms **40** of the system **10** may be handled by cloud processing so the system **10** uses a cloud routine (Block **200**: FIG. **3**) to handle the processing by one or more processing services **70**. To better handle the cloud processing, the system **10** maintains and checks the heuristic database (**42**: FIG. **1**) containing information about the algorithms **40** and the cloud processing providers **70**. As provided in more detail later, the heuristic database **42** keeps track of performance metrics for the cloud providers **70** (servers **72**, databases **74**, etc.) and the algorithms **40**, and the tracked information can be directly associated with particular client users and preferences. The heuristic database **42** can also keep track of information about the client users. The information in the heuristic database **42** is then used for both the cost estimates and the run-time estimates for providing cloud computing services for client users.

Because it may be impractical to complete and maintain exhaustive discovery of the various characteristics, behaviors, and other details related to the algorithms **40**, the providers **70**, the users, and the like as well as related to the permutations between these elements, the information in the database **42** is preferably compiled and analyzed based on statistics, grouping, trending, abstraction, estimation, and/or

7

other forms of analysis. In this sense, "heuristic information" as used herein may refer to compiled and analyzed information.

As also discussed in more detail later, the heuristic information in the database 42 are also used for caching of data for maximum throughput for long-running cloud algorithms 40. Being able to effectively cache data across resources of the cloud providers 70 in the computing clouds 14 can facilitate processing, reduce run-times, and limit costs. Thus, using information in the heuristic database 42, the system server 30 can also synchronizes uploaded project data automatically to offsite server(s) 72 and databases 74 for cloud processing when appropriate. To do this, the system server 30 uses the caching mechanism 260 to optimize volume caching between memories, hard drives, remote file systems, clouds, and networks for large data volumes. The caching mechanism 260 is based on the data size, actual hardware environment, and the access patterns of the algorithms 40 (i.e., some algorithms may or may not allow certain partitioning of the data during processing). The caching mechanism 260 can also use historical behavior of particular client users and knowledge of how a particular algorithm 40 is used.

Turning then to FIG. 4, cloud processing details for the disclosed system 10 are shown for the remote user to use scientific computing algorithms to process the user's local data. When the user has accessed the system server 30, uploaded their data, selected a cloud processed algorithm 40, and parameterized information for the processing (Blocks 102 to 112: FIG. 3), the system server 30 starts the cloud routine 200 by checking the heuristic database 42 for algorithms and cloud hardware available at the current time and gives the user prices and options for selecting cloud processing by certain available providers 70 (Block 202). To do this, the system server 30 has developed heuristic data in the heuristic database 42 and has assigned costs for various cloud processing providers 70 based on previous analysis and processing as will be described later.

The user may request the system 10 to calculate the cost for each option available (Decision 204), and the user can select which cloud processing provider 70 to use for processing the previously selected algorithm 40 (Block 206). The user's data, parameters, and the selected algorithm 40 are then synced to the correct cloud processing provider(s) 70 and processed (Block 208). The cloud processing may actually be performed by an aggregation of different cloud providers 70, servers 72, databases 74, etc. so that the system server 30 may be configured to handle the coordinated processing (Block 210). Additionally, the user's data may be stored during the processing on collocated servers (not shown) of the system 10 that are associated with the system 10 and located close to the cloud processing providers 70 (Block 212).

In the cloud-based aggregation of different providers 70, servers 72, databases 74, etc., the system server 30 aggregates the available computing resources in one or more locations and provides the client user with a single interface for cloud aggregation. In this way, the client user can access cloud computing resources via the system 10, while the system server 30 determines heuristically which cloud computing algorithm 40 would be best processed by which cloud provider 70. The determination is based on available cloud computing hardware and particulars of the algorithm 40 involved. In this way, the system server 30 can heuristically determine the best cloud hardware/network speed to optimize pricing for the algorithm 40 across one or more clouds

8

computing resources (providers 70, servers 72, databases 74, etc.). Further details are provided later about such heuristic determinations.

Eventually, after processing is completed, results from the processing are synchronized back to the system server 30, and resource information from that processing is used to update the heuristics database 42 for the computing provided (Block 214). The user at the client system 20 can then view the processing results through the interfaces 60 with the system server 30 so that operation of the system 10 at this point can be similar to the previous arrangement in FIG. 3. For instance, the user can indicate that the results are acceptable (Decision 122: FIG. 3), can proceed by paying for the processing (Block 128: FIG. 3), and save the results (Block 130: FIG. 3). in the end, the system 10 permits the remote user to save storable results of the processing after verifying the payment of the cost and releasing a restriction on storing the storable results on the client system 20.

As noted above, the system 10 maintains and checks the heuristic database 42 containing information about the cloud processing providers 70 and the algorithms 40. Because the providers 70 may have different hardware and processing capabilities—some better suited for certain types of algorithms 40 and data than others, the system 10 keeps track of these capabilities and the historical information about the processing in the heuristic database 42. Then, when cloud processing of an algorithm 40 is requested by the user, the system 10 uses the information in the heuristic database 42 to better handle the processing of the selected algorithm 40 for the user.

Turning now to FIG. 5, heuristics and data caching details are shown for cloud processing in the disclosed system 10. In the background of client processing discussed previously, the system server 30 periodically runs the cloud heuristics mechanism (250) and updates the heuristic database 42 with information about the cloud resources—e.g., what cloud servers 72 are available, what processing capabilities are in use, etc. (Block 220). A number of network monitoring techniques can be used to monitor, track, and assign the cloud processing resources.

For instance as shown in FIG. 5, the system server 30 periodically runs the heuristics mechanism (250) in which the system server 30 logs into each different cloud service provider 70 and runs the caching mechanism (260) to map the hardware and the network infrastructure of the cloud provider 70 (Block 252).

The caching mechanism (260) is a process in which the system server 30 connects to the cloud provider 70 and confirms/maps the hardware and software profile available. Further details are discussed below with reference to FIG. 6. In general, however, the system server 30 determine whether the cloud provider 70 is a virtual machine or not, what memory is available, what processors are available, what threads are being processed, etc. The system server 30 also checks communication resources, such as the network latency, speed, performance, and the like between the nodes, and check for costs and scalability. As noted previously, the cloud processing can use an aggregation of different cloud providers 70 so that the heuristic and caching mechanisms (250 and 260) can determine their information based on such aggregations.

After running the caching mechanism (260) and mapping hardware and network infrastructure (Block 252), the system server 30 calculate new heuristics using user behavior history, user data history, a map of the cloud's hardware, market conditions, and knowledge of a given algorithm's behavior (Block 254). For example, heuristics for the cloud

9

providers **70** and algorithms **40** can be associated with a given user and can account for the behavioral history for the given user, such as what type of data processing the user usually requires, what costs and processing speeds the user prefers, etc. The heuristics for the providers **70** and algorithms **40** for the given user can also account for the amount, type, and quality of data typically provided by the given user. The heuristics for the providers **70** and algorithms **40** can also dynamically adjust prices for processing the algorithm based on current market conditions. As will be appreciated by one of ordinary skill in network processing, these and other such details may be taken into consideration to compile information for the heuristic database **42**.

The entire procedures of Blocks **220** to **260** may occur in the background and as a precursor to any client related activity so that the heuristic and caching databases **42** and **44** are populated with information. When a user has actually selected a cloud processing algorithm **40**, the system server **30** can begin allocating the user's uploaded data to the appropriate cloud providers **70** automatically based on the previous heuristics and caching information stored in the databases **42** and **44**. In particular as shown in FIG. **5**, the system server **30** checks the caching database **42** and begins syncing the user's project data automatically to the offsite providers **70**, servers **72**, databases **74**, etc. for cloud processing (Block **280**). In this process, the system server **30** start caching data needed for the algorithm **40** using the current information stored in the caching database **44** that was obtained with the caching mechanism **260** as noted above. Again, the system **10** may use an aggregation of different cloud providers **70** and may store data on co-located servers close to the cloud providers **70** (Blocks **210** and **284**), as discussed previously.

As noted above, the system **10** uses heuristic and caching mechanisms **250** and **260** to obtain information on different cloud processing providers **70** for use by the system **10** when needed. Turning to FIGS. **6** and **7**, additional details for heuristic and caching mechanisms **250** and **260** for the disclosed system **10** are shown.

To develop the heuristics for caching, the system server **30** in the heuristic mechanism **250** selects one of the cloud providers **70** (Block **262**), connect to the cloud provider **70** (Block **264**), and confirms/maps the existing hardware and software profiles of the cloud provider **70** (Block **266**). Various profile details can be determined and confirmed. For example, the system server **30** can confirm whether the cloud provider **70** uses virtual machine or not, can confirm the size of available memory, the available speed of the memory, the available speed of the provider's processors, the number of threads handled, the size and performance of on-chip caches available, and the available speed of the provider's memory bus. Additional profile details include the type and speed of hard drives, the type and performance of any processing units (CPUs or GPUs), and any communication resources and information (e.g., the network latency, the speed, and the performance between all nodes). As will be appreciated, these and other processing and networking details may be considered and confirmed.

After confirming the profile details from the cloud provider **70**, the system server **30** obtains the current cloud costs and the number of available nodes for the cloud provider (Block **268**) and runs sample data using a chosen algorithm on a node to determine actual speed and update the heuristic database **42** (Block **270**). Sample data can be run on different algorithms and different types of algorithms for more comprehensive characterization of the provider **70** and its processing and caching capabilities.

10

The system **10** determines whether there are more providers **70** (Decision **274**) and repeats the process (Blocks **264** to **274**) as necessary. In the end, the results from the confirmed hardware and communication resources are compiled to calculate cost structures for the available cloud providers **70** (Block **276**). From the compiled results, the system server **30** further calculates the expected run-times using the heuristic database **42** and the current expected performance of the cloud providers **70** (Block **278**).

The details in the heuristic database **42** and the caching database **44**, including the cost structures, the expected run-times, and the current expected performance of the cloud providers **70** are now available for use by the system server **30** when a user has chosen a cloud processing algorithm (See Decision **110**: FIG. **3**). Moreover, the system **10** uses such details when the user chooses a cloud provider **70** based on the available details (Block **204**: FIG. **4**).

As shown in FIG. **7**, when the user chooses a cloud provider **70** (or aggregation of them) (Block **302**), the caching mechanism (**260**) uses the details in the heuristic database **42** and the caching database **44** to begin moving the data onto the appropriate nodes associated with the user's choices (Block **304**). This process uses various caching rules provided by the caching mechanism (**260**) and stored in the caching database **44**. These caching rules can be based on industry standard procedures used for optimizing caching so they are not detailed herein.

The cloud processed algorithm **40** can then be run as requested by the user. To complete the collection of details, the system server **30** analyze results from the algorithm **40**, cloud provider **70**, and caching (Block **306**), and the heuristic database **42** and the caching database **44** are updated for the cloud provider **70** after the user's algorithm **40** is run based on the actual performance results (Block **308**). This historical data can further refine the heuristics and caching used during later processing by the system **10** for the indicated algorithm **40**, provider **70**, and/or user.

The techniques of the present disclosure can be implemented in digital electronic circuitry, or in computer hardware, firmware, software, or in combinations of these. Apparatus for practicing the disclosed techniques can be implemented in a programmable storage device or computer program product tangibly embodied in a machine-readable storage device for execution by a programmable processor or control device; and method steps of the disclosed techniques can be performed by a programmable processor executing a program of instructions to perform functions of the disclosed techniques by operating on input data and generating output.

The disclosed techniques can be implemented advantageously in one or more computer programs that are executable on a programmable system including at least one programmable processor coupled to receive data and instructions from, and to transmit data and instructions to, a data storage system, at least one input device, and at least one output device. Each computer program can be implemented in a high-level procedural or object-oriented programming language, or in assembly or machine language if desired; and in any case, the language can be a compiled or interpreted language.

Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, a processor will receive instructions and data from a read-only memory and/or a random access memory. Generally, a computer will include one or more mass storage devices for storing data files; such devices include magnetic disks, such as internal hard disks and removable disks; magneto-optical

disks; and optical disks. Storage devices suitable for tangibly embodying computer program instructions and data include all forms of non-volatile memory, including by way of example semiconductor memory devices, such as EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROM disks. Any of the foregoing can be supplemented by, or incorporated in, ASICs (application-specific integrated circuits).

The foregoing description of preferred and other embodiments is not intended to limit or restrict the scope or applicability of the inventive concepts conceived of by the Applicants. It will be appreciated with the benefit of the present disclosure that features described above in accordance with any embodiment or aspect of the disclosed subject matter can be utilized, either alone or in combination, with any other described feature, in any other embodiment or aspect of the disclosed subject matter.

In exchange for disclosing the inventive concepts contained herein, the Applicants desire all patent rights afforded by the appended claims. Therefore, it is intended that the appended claims include all modifications and alterations to the full extent that they come within the scope of the following claims or the equivalents thereof.

What is claimed is:

1. A remote data processing method implemented by a server system for a user system via the Internet, the server system having memory associated therewith, the method comprising:
   storing, in the memory associated with the server system, computing information about at least one computing algorithm available via the server system at a plurality of cloud processing services over the Internet;
   compiling, at the server system, first heuristic information indicative of each of the cloud processing services in running the at least one computing algorithm and providing the result over the Internet;
   making the first heuristic information for the cloud processing services available at the server system to the user system; and
   receiving, at the server system from the user system, a selection of one of the cloud processing services to perform processing of input data with the at least one computing algorithm.

2. The method of claim 1, further comprising performing, based on the selection, at least a portion of the processing of the input data with the at least one computing algorithm remotely in the cloud with the selected cloud processing service.

3. The method of claim 1, further comprising performing, based on the selection, at least a portion of the processing of the input data with the at least one computing algorithm locally at the user system.

4. The method of claim 3, wherein performing, based on the selection, at least the portion of the processing of the input data with the at least one computing algorithm locally at the user system comprises:
   encrypting at least a portion of the at least one computing algorithm;
   downloading the encrypted computing algorithm to the user system;
   decrypting the downloaded computing algorithm at the user system; and
   providing visual results of the decrypted computing algorithm at the user system by processing the local data with one or more input parameters.

5. The method of claim 4, further comprising:
   providing a cost for storable results of the processing; and
   permitting the user system to save the storable results of the processing in response to payment of the provided cost.

6. The method of claim 1, wherein compiling the first heuristic information comprises compiling the first heuristic information indicative of data caching performance of each of the cloud processing services in running the at least one computing algorithm and providing the result over the Internet.

7. The method of claim 6, wherein compiling the first heuristic information indicative of the data caching performance comprises:
   connecting the server system to the each cloud processing service;
   determining hardware and communication resources available at the each cloud processing service; and
   compiling the determined hardware and communication resources into the first heuristic information indicative of the data caching performance.

8. The method of claim 7, wherein determining the hardware and the communication resources available at the each cloud processing service comprises determining, for the each cloud processing service, one or more of: physical server location, type of cloud interconnection, number of cloud interconnections, use of a virtual machine, size of memory, speed of memory, number of threads, size of on-chip cache, performance of on-chip cache, speed of memory bus, type of hard drive, speed of hard drive, number of hard drives, type of processing unit, performance of processing unit, network latency, network speed, and network performance.

9. The method of claim 7, wherein determining the hardware and the communication resources available at the each cloud processing service comprises determining, for the each cloud processing service, a computational time and a load time across the Internet.

10. The method of claim 7, wherein in response to receiving the selection of the one cloud processing service from the user system comprises automatically caching the input data from the user system with the one cloud processing service based at least in part on the first heuristic information for use in caching the input data.

11. The method claim 1, wherein compiling the first heuristic information comprises compiling the first heuristic information indicative of operation of each of the cloud processing services in running the at least one computing algorithm and providing the result over the Internet.

12. The method of claim 11, wherein compiling the first heuristic information indicative of the operation of each of the cloud processing services comprises:
   connecting the server system to the each cloud processing service;
   running data using the computing information on the each cloud processing service;
   determining performance of the each cloud processing service based on a result from running of the data using the computing information; and
   storing, in the memory, the determined performance for the first heuristic information for the each cloud processing service.

13. The method of claim 11, wherein storing the computing information about the at least one computing algorithm comprises storing sample data and a sample algorithm associated with the at least one computing algorithm; and wherein running the data using the computing information

US 10,057,219 B2

13

on the each cloud processing service comprises running the sample data using the sample algorithm on the each cloud processing service.

14. The method of claim 11, wherein compiling the first heuristic information indicative of the operation of each of the cloud processing services comprises:
   determining resources available at the each cloud processing service; and
   storing the determined resources along with the determined performance of the each cloud processing service as the first heuristic information.

15. The method of claim 11, wherein compiling the first heuristic information indicative of the operation of each of the cloud processing services further comprises calculating, at the server system, an expected run-time for processing the input data with the at least one computing algorithm by the each cloud processing service based at least in part on the determined performance.

16. The method of claim 1, further comprising performing, based on the selection, at least a portion of the processing of the input data with the at least one computing service by load balancing the processing based on the first heuristic information.

17. The method of claim 16, wherein load balancing the processing based on the first heuristic information comprises adjusting the at least one computing algorithm and caching of data at run time based on the first heuristic information.

18. The method of claim 1, wherein making the first heuristic information for the cloud processing services available at the server system to the user system comprises determining, at the server system at least from the first heuristic information, a cost for processing the input data with the at least one computing algorithm by each of the cloud processing services.

19. The method of claim 18, wherein to determine the cost for processing, the step of compiling the first heuristic information further comprises establishing a cost structure for each of the cloud processing services based at least in part on determined data caching performance and/or operational performance of each of the cloud processing services.

20. The method of claim 18, wherein storing the computing information about the at least one computing algorithm comprises storing second heuristic information about the at least one computing algorithm, whereby determining, at least from the first heuristic information, the cost for processing the input data with the at least one computing algorithm by the each cloud processing service further comprises using the second heuristic information.

21. The method of claim 18, further comprising storing second heuristic information about the user system, whereby

14

determining, at least from the first heuristic information, the cost for processing the input data with the at least one computing algorithm by the each cloud processing service further comprises using the second heuristic information.

22. The method of claim 1, wherein in response to receiving the selection of the one cloud processing service to perform the processing, the method further comprises providing visual results of the at least one computing algorithm on the input data to the user system by processing the input data with one or more input parameters.

23. The method of claim 22, further comprising permitting the user system to save storable results of the processing in response to payment of a determined cost.

24. The method of claim 23, wherein permitting the user system to save the storable results of the processing in response to the payment of the determined cost comprises:
   verifying the payment of the determined cost at the server system; and
   releasing a restriction on storing the storable results in response to the verified payment.

25. The method of claim 22, wherein providing the visual results of the at least one computing algorithm on the input data to the user system comprises:
   receiving the one or more input parameters from the user system;
   producing perturbed results of the at least one computing algorithm by perturbing the one or more input parameters when processing the input data; and
   generating a display of at least a portion of the perturbed results as the visual results for the user system.

26. A programmable storage device having program instructions stored thereon for causing a programmable control device to perform the remote data processing method according to claim 1.

27. A remote data processing system for a user system via the Internet, the system comprising:
   communication equipment establishing communication via the Internet;
   memory storing (i) computing information about at least one computing algorithm available at a plurality of cloud processing services over the Internet and (ii) first heuristic information indicative of each of the cloud processing services in running the at least one computing algorithm and providing the result over the Internet; and
   one or more system servers in communication with the memory and the communication equipment, the one or more system servers being configured to perform a remote data processing method according to claim 1.

\* \* \* \* \*