EXHIBIT C

| US9160606B2 | Linode ("The accused system") |
|---|---|
| 1. A remote data processing method, comprising: | The accused system practices a remote data processing (e.g., cloud computing, cloud analysis, etc.) method.<br><br>The accused system provides cloud infrastructure to perform remote cloud computing, analysis, development, etc.<br><br><br>https://www.linode.com/ |



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/

Plurality of Instances (cloud processing services)

Cost determination

| | Compute | Storage | Networking | Services | Compare Pricing | What's Included | FAQ |
|---|---|---|---|---|---|---|---|

| RAM | CPU | Storage | Transfer | Network In | Network Out | Price | |
|---|---|---|---|---|---|---|---|
| 1 GB | 1 Core | 25 GB SSD | 1 TB | 40 Gbps | 1000 Mbps | $5 / mo | ($.0075 / hr) |
| 2 GB | 1 Core | 50 GB SSD | 2 TB | 40 Gbps | 2000 Mbps | $10 / mo | ($.015 / hr) |
| 4 GB | 2 Cores | 80 GB SSD | 4 TB | 40 Gbps | 4000 Mbps | $20 / mo | ($.03 / hr) |
| 8 GB | 4 Cores | 160 GB SSD | 5 TB | 40 Gbps | 5000 Mbps | $40 / mo | ($.06 / hr) |
| 16 GB | 6 Cores | 320 GB SSD | 8 TB | 40 Gbps | 6000 Mbps | $80 / mo | ($.12 / hr) |
| 32 GB | 8 Cores | 640 GB SSD | 16 TB | 40 Gbps | 7000 Mbps | $160 / mo | ($.24 / hr) |

https://www.linode.com/pricing/



Compute     Storage     Networking     Services     Compare Pricing     What's Included     FAQs

## How does hourly billing work?

You are charged the hourly rate for a service up to its monthly cap (rates get rounded up to the nearest hour). For example, if you create a 1GB Linode and delete it after 24 hours of use, you would be billed $0.18 (24 hours x .0075/hr). You will receive an invoice on the first day of the following calendar month; however, you may receive a mid-month invoice if your account reaches a certain billing limit for Linode services used within a single month. Payment collection occurs automatically once an invoice gets generated. Learn more.

## What plan should I choose?

If you're not sure, we recommend that you start small and work your way up. You can resize your Linode up or down at any time. If you're planning to migrate your workload from on-premises or between cloud providers, we recommend using our Total Cost of Ownership Cloud Pricing Calculator to receive a full cost breakdown and technical recommendations. Learn more.

Cost determination based on heuristics

User can select/remove any VM configuration (cloud processing service)

https://www.linode.com/pricing/



https://www.linode.com/docs/guides/resizing-a-linode/



## Libraries & Clients

Incorporate Linode products and services into your application code by installing Linode's official programming language libraries and clients.

Information about computing algorithms stored at Linode's server

### Linode Python Library

Install the official Python library for the Linode API v4

```
$ pip install linode_api4
```

### Linode JavaScript SDK

Install the official Javascript library for the Linode API v4

```
$ npm install @linode/api-v4
```

### Go Client Library

Install the GO client library for the Linode API v4

```
$ go get -u github.com/linode/linodego
```

https://www.linode.com/products/linode-api/

# Linode One-Click App Marketplace

Explore and deploy applications in seconds.

**Browse Marketplace**

## Fully-configured One-Click Apps

Choose one of the popular marketplace apps, select configuration options, and click deploy. It's that simple. Whether you're setting up a new development environment or a Minecraft server for the kids, you can have your code running with a click.

 **App Creation, Simplified**

No more jumping through hoops to get your software up and running. Use One-Click to launch new Linodes with ready-to-run apps and services.

 **Customize Your Apps**

Run your apps the way you want. If the default configuration doesn't meet your needs, you can customize the app's resources, location, metadata, and more during creation.

https://www.linode.com/marketplace/

| storing first heuristic information at a server system about a plurality of cloud processing services; storing first information about a plurality of computing algorithms available via the server system at one or more of the cloud processing services; | The accused system practices storing first heuristic information (e.g., analysis of usages pattern, log information, performance of CPU, memory, network bandwidth etc.) at a server system (e.g., Linode's cloud server) about a plurality of cloud processing services (e.g., Linode instances, Virtual machines, etc.) and first information about a plurality of computing algorithms (e.g., software, APIs such as marketplace, kubernetes etc.,) available via the server system at one or more of the cloud processing services (e.g., Linode instances, Virtual machines, etc.).<br><br>Linode cloud infrastructure provides Linode cloud manager which stores usages pattern, log information, performance of CPU, memory, network bandwidth etc. of Linode cloud products. Its auto resizer (e.g., a server system) utilizes the information from server to analyze utilization behavior and upgrades (optional service chosen by user) for an optimum configuration and usages of cloud resources (Virtual Machines).<br><br><br>https://www.linode.com/ |



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/

Plurality of Instances (cloud processing services)

Cost determination

| | Compute | Storage | Networking | Services | Compare Pricing | What's Included | FAQ: | |
|---|---|---|---|---|---|---|---|---|
| RAM | CPU | Storage | Transfer | Network In | Network Out | Price | | |
| 1 GB | 1 Core | 25 GB SSD | 1 TB | 40 Gbps | 1000 Mbps | $5 / mo | ($.0075 / hr) |
| 2 GB | 1 Core | 50 GB SSD | 2 TB | 40 Gbps | 2000 Mbps | $10 / mo | ($.015 / hr) |
| 4 GB | 2 Cores | 80 GB SSD | 4 TB | 40 Gbps | 4000 Mbps | $20 / mo | ($.03 / hr) |
| 8 GB | 4 Cores | 160 GB SSD | 5 TB | 40 Gbps | 5000 Mbps | $40 / mo | ($.06 / hr) |
| 16 GB | 6 Cores | 320 GB SSD | 8 TB | 40 Gbps | 6000 Mbps | $80 / mo | ($.12 / hr) |
| 32 GB | 8 Cores | 640 GB SSD | 16 TB | 40 Gbps | 7000 Mbps | $160 / mo | ($.24 / hr) |

https://www.linode.com/pricing/



Compute     Storage     Networking     Services     Compare Pricing     What's Included     FAQs

## How does hourly billing work?

You are charged the hourly rate for a service up to its monthly cap (rates get rounded up to the nearest hour). For example, if you create a 1GB Linode and delete it after 24 hours of use, you would be billed $0.18 (24 hours x .0075/hr). You will receive an invoice on the first day of the following calendar month; however, you may receive a mid-month invoice if your account reaches a certain billing limit for Linode services used within a single month. Payment collection occurs automatically once an invoice gets generated. Learn more.

## What plan should I choose?

If you're not sure, we recommend that you start small and work your way up. You can resize your Linode up or down at any time. If you're planning to migrate your workload from on-premises or between cloud providers, we recommend using our Total Cost of Ownership Cloud Pricing Calculator to receive a full cost breakdown and technical recommendations. Learn more.

Cost determination based on heuristics

User can select/remove any VM configuration (cloud processing service)

https://www.linode.com/pricing/



https://www.linode.com/docs/guides/resizing-a-linode/



| | | | | | | |
|---|---|---|---|---|---|---|
| Images | ○ Linode 32GB | $160 | $0.24 | 32 GB | 8 | 640 GB |
| Domains | ○ Linode 64GB | $320 | $0.48 | 64 GB | 16 | 1280 GB |
| Kubernetes | ○ Linode 96GB | $480 | $0.72 | 96 GB | 20 | 1920 GB |
| Object Storage | | | | | | |
| Longview | ○ Linode 128GB | $640 | $0.96 | 128 GB | 24 | 2560 GB |
| Marketplace | ○ Linode 192GB | $960 | $1.44 | 192 GB | 32 | 3840 GB |

Based on heuristics information automatic resizer upgrade Linode's new size (cost optimization)

**Auto Resize Disk**

☑ Would you like **Debian 10 Disk** to be automatically scaled with this Linode's new size? We recommend you keep this option enabled when available. Automatic resizing is only available when moving to a larger plan, and when you have a single ext disk (or one ext and one swap disk) on your Linode.

https://www.linode.com/docs/guides/resizing-a-linode/



https://www.linode.com/

Storing first information about a plurality of computing algorithms (e.g., apps from Marketplace) available via the server system at one or more of the cloud processing services (e.g., Linode VMs)



https://www.linode.com/



# Libraries & Clients

Incorporate Linode products and services into your application code by installing Linode's official programming language libraries and clients.
Information about computing algorithms stored at Linode's server

## Linode Python Library

Install the official Python library for the Linode API v4

```
$ pip install linode_api4
```

## Linode JavaScript SDK

Install the official Javascript library for the Linode API v4

```
$ npm install @linode/api-v4
```

## Go Client Library

Install the GO client library for the Linode API v4

```
$ go get -u github.com/linode/linodego
```

https://www.linode.com/products/linode-api/

# Linode One-Click App Marketplace

Explore and deploy applications in seconds.

**Browse Marketplace**

## Fully-configured One-Click Apps

Choose one of the popular marketplace apps, select configuration options, and click deploy. It's that simple. Whether you're setting up a new development environment or a Minecraft server for the kids, you can have your code running with a click.



**App Creation, Simplified**

No more jumping through hoops to get your software up and running. Use One-Click to launch new Linodes with ready-to-run apps and services.



**Customize Your Apps**

Run your apps the way you want. If the default configuration doesn't meet your needs, you can customize the app's resources, location, metadata, and more during creation.

https://www.linode.com/marketplace/



https://www.linode.com/marketplace/apps/



https://www.linode.com/docs/guides/resizing-a-linode/

| receiving, at the server system, input data from a remote user; | The accused system practices receiving, at the server system (e.g., Linode cloud servers), input data from a remote user (e.g., a user).

As shown below, a user of Linode provides input data such as raw data, files, images, videos, etc. for data analysis and processing using the apps, software, APIs, etc. at the Linode cloud servers. |



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/marketplace/apps/



Inputting data by remote user to be processed

https://www.youtube.com/watch?v=6VN_PH3DBzY&ab_channel=Linode

| receiving, at the server system, a selection of one of the computing algorithms from the remote user; | The accused system practices receiving, at the server system (e.g., Linode cloud server), a selection of one of the computing algorithms (e.g., codes, software, APIs) from the remote user (e.g., a user).<br><br>As shown below, the accused system provides a management console through which a user can check available or stored apps, software, APIs, etc. It also provides a user selection functionality to select a desired app, software, APIs, etc. to run on the processing services provided by the accused system. |
| --- | --- |



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/marketplace/apps/



https://www.linode.com/marketplace/

https://www.linode.com/docs/guides/resizing-a-linode/

# Deploy WooCommerce with Marketplace Apps

Linode's App Marketplace allows you to easily deploy software on a Linode using the Linode Cloud Manager. To access Linode's App Marketplace:

1. Log in to your **Linode Cloud Manager** account.
2. From the Linode dashboard, click on the **Marketplace** button in the left-hand navigation menu.
3. The Linode creation page appears, with the **Marketplace** tab pre-selected.
4. Under the **Select App** section, select the app you would like to deploy:



5. Once you have selected the app, proceed to the app's **Options** section and provide values for the required fields.

https://www.linode.com/docs/guides/how-to-deploy-woocommerce-with-marketplace-apps/

| determining which one or more of the cloud processing services provide processing of the selected computing algorithm; determining, at least from the first heuristic information, a cost for processing the input data with the selected computing algorithm by the one or more determined cloud processing services; and | The accused system practices determining which one or more of the cloud processing services (e.g., Linode instances, Virtual machines, etc.) provide processing of the selected computing algorithm (e.g., code, software, app such as marketplace (WooCommerce, PLEX), Kubernetes etc.,) and determining, at least from the first heuristic information (e.g., analysis of usages pattern, log information, performance of CPU, memory, network bandwidth etc.), a cost for processing (e.g., billing/sizing of utilized Linode resources) the input data (e.g., raw data, images, files, etc.) with the selected computing algorithm (e.g., code, software, app such as marketplace(WooCommerce, PLEX), Kubernetes etc.,) by the one or more determined cloud processing services (e.g., Linode instances, Virtual machines, etc.).<br><br><br>https://www.linode.com/ |



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/marketplace/apps/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/

Plurality of Instances (cloud processing services)                                    Cost determination

| | | Compute | Storage | Networking | Services | Compare Pricing | What's Included | FAQs | |
|---|---|---|---|---|---|---|---|---|---|
| RAM | CPU | Storage | Transfer | Network In | Network Out | Price | |
| 1 GB | 1 Core | 25 GB SSD | 1 TB | 40 Gbps | 1000 Mbps | $5 / mo | ($.0075 / hr) |
| 2 GB | 1 Core | 50 GB SSD | 2 TB | 40 Gbps | 2000 Mbps | $10 / mo | ($.015 / hr) |
| 4 GB | 2 Cores | 80 GB SSD | 4 TB | 40 Gbps | 4000 Mbps | $20 / mo | ($.03 / hr) |
| 8 GB | 4 Cores | 160 GB SSD | 5 TB | 40 Gbps | 5000 Mbps | $40 / mo | ($.06 / hr) |
| 16 GB | 6 Cores | 320 GB SSD | 8 TB | 40 Gbps | 6000 Mbps | $80 / mo | ($.12 / hr) |
| 32 GB | 8 Cores | 640 GB SSD | 16 TB | 40 Gbps | 7000 Mbps | $160 / mo | ($.24 / hr) |

https://www.linode.com/pricing/

## Deploy WooCommerce with Marketplace Apps

Linode's App Marketplace allows you to easily deploy software on a Linode using the Linode Cloud Manager. To access Linode's App Marketplace:

1. Log in to your Linode Cloud Manager account.
2. From the Linode dashboard, click on the **Marketplace** button in the left-hand navigation menu.
3. The Linode creation page appears, with the **Marketplace** tab pre-selected.
4. Under the **Select App** section, select the app you would like to deploy:



5. Once you have selected the app, proceed to the app's **Options** section and provide values for the required fields.

## Linode Options

After providing the app specific options, provide configurations for your Linode server:

| Configuration | Description |
|---|---|
| Select an Image | Debian 10 is currently the only image supported by the WooCommerce Marketplace App, and it is pre-selected on the Linode creation page. *Required* |
| Region | The region where you would like your Linode to reside. In general, it's best to choose a location that's closest to you. For more information on choosing a DC, review the How to Choose a Data Center guide. You can also generate MTR reports for a deeper look at the network routes between you and each of our data centers. *Required.*\* |
| Linode Plan | Your Linode's hardware resources. As a plugin for WordPress, WooCommerce is an extremely flexible CMS that can be supported on any size Linode. We suggest you build your WooCommerce app on a Linode plan that reflects how much content you plan on featuring, as well as how much traffic you plan on having on your site. For small sites, a 1GB Linode (Nanode) or a 2GB Linode should be enough. If you decide that you need more or fewer hardware resources after you deploy your app, you can always resize your Linode to a different plan. *Required* |
| Linode Label | The name for your Linode, which must be unique between all of the Linodes on your account. This name will be how you identify your server in the Cloud Manager's Dashboard. *Required.* |

https://www.linode.com/docs/guides/how-to-deploy-woocommerce-with-marketplace-apps/



https://www.linode.com/docs/guides/resizing-a-linode/



https://www.linode.com/docs/guides/resizing-a-linode/

| receiving, at the server system, a selection of the one or more determined cloud processing services from the remote user to perform the processing. | The accused system practices receiving, at the server system (e.g., Linode cloud servers), a selection of the one or more determined cloud processing services (e.g., Linode instances, Virtual machines, etc.) from the remote user (e.g., a user) to perform the processing.<br><br>As shown below, the accused system determines processing services such as Linode instances, Virtual machines, etc., to run software, app, API, etc. It provides Linode cloud manager which analyzes usages pattern, log information, etc. The Linode cloud manager utilizes the analyzed information to recommend Linode processing services optimal to use for the software, API, etc. (e.g., selected computing algorithm). It also provides comparison related to predicted future utilization of currently configured processing services and recommended processing services. It also provides cost information based on the analyzed data. A user can select recommended processing services (e.g., Linode instances, Virtual machines, etc.). |



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/



https://www.linode.com/marketplace/apps/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/



**Region**

Determine the best location for your Linode.

North America    **Europe**    Asia

🇬🇧 **UK**
London, UK

🇩🇪 **DE**                                    ⊘
Frankfurt, DE

**Linode Plan**

Nanode    Standard    **Dedicated CPU**    High Memory    GPU

Dedicated CPU instances are good for full-duty workloads where consistent performance is important.

**Dedicated 4GB**
$30/mo ($0.045/hr)
2 CPU, 80GB Storage, 4GB RAM

**Dedicated 8GB**
$60/mo ($0.09/hr)
4 CPU, 160GB Storage, 8GB RAM

**Dedicated 16GB**
$120/mo ($0.18/hr)
8 CPU, 320GB Storage, 16GB RAM

**Dedicated 32GB**
$240/mo ($0.36/hr)
16 CPU, 640GB Storage, 32GB RAM

**Dedicated 64GB**
$480/mo ($0.72/hr)
32 CPU, 1280GB Storage, 64GB RAM

**Dedicated 96GB**
$720/mo ($1.08/hr)
48 CPU, 1920GB Storage, 96GB RAM

https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/



https://www.linode.com/products/cloud-manager/

Plurality of Instances (cloud processing services)

Cost determination

| | Compute | Storage | Networking | Services | Compare Pricing | What's Included | FAQs |

| RAM | CPU | Storage | Transfer | Network In | Network Out | Price | |
|---|---|---|---|---|---|---|---|
| 1 GB | 1 Core | 25 GB SSD | 1 TB | 40 Gbps | 1000 Mbps | $5 / mo | ($.0075 / hr) |
| 2 GB | 1 Core | 50 GB SSD | 2 TB | 40 Gbps | 2000 Mbps | $10 / mo | ($.015 / hr) |
| 4 GB | 2 Cores | 80 GB SSD | 4 TB | 40 Gbps | 4000 Mbps | $20 / mo | ($.03 / hr) |
| 8 GB | 4 Cores | 160 GB SSD | 5 TB | 40 Gbps | 5000 Mbps | $40 / mo | ($.06 / hr) |
| 16 GB | 6 Cores | 320 GB SSD | 8 TB | 40 Gbps | 6000 Mbps | $80 / mo | ($.12 / hr) |
| 32 GB | 8 Cores | 640 GB SSD | 16 TB | 40 Gbps | 7000 Mbps | $160 / mo | ($.24 / hr) |

https://www.linode.com/pricing/



| Compute | Storage | Networking | Services | Compare Pricing | What's Included | FAQs |

### How does hourly billing work?

You are charged the hourly rate for a service up to its monthly cap (rates get rounded up to the nearest hour). For example, if you create a 1GB Linode and delete it after 24 hours of use, you would be billed $0.18 (24 hours x .0075/hr). You will receive an invoice on the first day of the following calendar month; however, you may receive a mid-month invoice if your account reaches a certain billing limit for Linode services used within a single month. Payment collection occurs automatically once an invoice gets generated. Learn more.

### What plan should I choose?

If you're not sure, we recommend that you start small and work your way up. You can resize your Linode up or down at any time. If you're planning to migrate your workload from on-premises or between cloud providers, we recommend using our Total Cost of Ownership Cloud Pricing Calculator to receive a full cost breakdown and technical recommendations. Learn more.

Cost determination based on heuristics

User can select/remove any VM configuration (cloud processing service)

https://www.linode.com/pricing/

## Deploy WooCommerce with Marketplace Apps

Linode's App Marketplace allows you to easily deploy software on a Linode using the Linode Cloud Manager. To access Linode's App Marketplace:

1. Log in to your Linode Cloud Manager account.
2. From the Linode dashboard, click on the **Marketplace** button in the left-hand navigation menu.
3. The Linode creation page appears, with the **Marketplace** tab pre-selected.
4. Under the **Select App** section, select the app you would like to deploy:



5. Once you have selected the app, proceed to the app's **Options** section and provide values for the required fields.

## Linode Options

After providing the app specific options, provide configurations for your Linode server:

| Configuration | Description |
|---|---|
| Select an Image | Debian 10 is currently the only image supported by the WooCommerce Marketplace App, and it is pre-selected on the Linode creation page. *Required* |
| Region | The region where you would like your Linode to reside. In general, it's best to choose a location that's closest to you. For more information on choosing a DC, review the How to Choose a Data Center guide. You can also generate MTR reports for a deeper look at the network routes between you and each of our data centers. *Required*.* |
| Linode Plan | Your Linode's hardware resources. As a plugin for WordPress, WooCommerce is an extremely flexible CMS that can be supported on any size Linode. We suggest you build your WooCommerce app on a Linode plan that reflects how much content you plan on featuring, as well as how much traffic you plan on having on your site. For small sites, a 1GB Linode (Nanode) or a 2GB Linode should be enough. If you decide that you need more or fewer hardware resources after you deploy your app, you can always resize your Linode to a different plan. *Required* |
| Linode Label | The name for your Linode, which must be unique between all of the Linodes on your account. This name will be how you identify your server in the Cloud Manager's Dashboard. *Required.* |

https://www.linode.com/docs/guides/how-to-deploy-woocommerce-with-marketplace-apps/



https://www.linode.com/docs/guides/resizing-a-linode/



https://www.linode.com/docs/guides/resizing-a-linode/